**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JUANITA CRAWFORD,

       Plaintiff,

                                     Case No. 22-cv-11342

v

MICHIGAN MOTOR VEHICLE SALES,
LLC (d/b/a Subaru of Ann Arbor), a
Michigan limited liability company and
DUNNING MOTORS, INC., a Michigan
Corporation,

       Defendants,

and

MICHIGAN MOTOR VEHICLE SALES,
LLC (d/b/a Subaru of Ann Arbor), a
Michigan limited liability company,

       Defendant/Cross-Plaintiff,

v

DUNNING MOTORS, INC., a Michigan
corporation,

       Defendant/Cross-Defendant.

---

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441(a) and

1446, the above-captioned action, which is currently pending in the Circuit Court for

03626109 v1

Washtenaw County, Michigan, is hereby removed by Defendant Dunning Motors, Inc. ("Dunning") to the United States District Court for the Eastern District of Michigan, by filing of this Notice of Removal with the Clerk of the United States District Court for the Eastern District of Michigan.  As grounds for removal, Dunning states as follows:

1.      This action is removable pursuant to 28 U.S.C. § 1441(a), because it is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331. Specifically, Plaintiff purports to bring a claim against Defendants under Title VII, U.S. Civil Rights Act of 1964, as amended ("Title VII").

2.      Dunning received delivery of the complaint on January 19, 2022, which initially did not include any claims under federal law and was not removable.  A copy of the summons and complaint is attached as Exhibit A.

3.      On May 20, 2022, Dunning received delivery of Plaintiff's first amended complaint, which included claims under Title VII, from which Dunning could first ascertain that the case had become removable.  A copy of the first amended complaint is attached as Exhibit B.

4.      Accordingly, this notice of removal is timely under 28 U.S.C. §1446(b).

5.      All orders entered in the case by the Circuit Court for Washtenaw County, Michigan are attached as Exhibit C.

6.      Pursuant to 28 U.S.C. § 1446(b)(2)(A), Defendant Michigan Motor Vehicle Sales, LLC (d/b/a Subaru of Ann Arbor) has consented to this removal.  *See* Exhibit D.

Respectfully submitted,

MADDIN, HAUSER, ROTH & HELLER, P.C.

By:  */s/ Richard M. Mitchell*
          Richard M. Mitchell (P45257)
          Jesse L. Roth (P78814)
          28400 Northwestern Hwy., 2nd Floor
          Southfield, MI  48034
          (248) 827-1875 / (248) 359-6175 fax
          rmitchell@maddinhauser.com
          jroth@maddinhauser.com
Dated:  June 16, 2022          Attorneys for Defendant Dunning

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June, 2022 I electronically filed the Notice of Removal and this Certificate of Service with the Clerk of the Court using the ECF system and on the attorneys of record by electronic mail.

By:/s/ Richard M. Mitchell
          Richard M. Mitchell (P45257)
          28400 Northwestern Hwy., 2nd Floor
          Southfield, MI  48034
          (248) 827-1875 / (248) 359-6175 fax
          rmitchell@maddinhauser.com

03626109 v1                              3